**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on July 9, 2018**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. __________** |
| **v.** | **UNDER SEAL** |
| **JUAN HERNANDEZ-OCHOA,**<br><br>**also known as**<br>**"Juan Hernandez Ochoa," "Juan Hernandez," "Juan Ochoa Hernandez," "Juan Alberto Leon Ochoa," "Juan Alberto Leon-Ochoa," "Juan Ochoa," "JF," "J," and "Laki"**<br><br>**Defendant.** | 21 U.S.C. §§959(a), 960, and 963 (Conspiracy to distribute 500 grams of methamphetamine and 1000 kilograms of marijuana for importation into the United States)<br><br>18 U.S.C. § 2 (Aiding and Abetting)<br><br>21 U.S.C. §§ 853 and 970 (Forfeiture) |

## **INDICTMENT**

The Grand Jury charges that:

## **COUNT ONE**

Beginning in or around 2015, and continuing thereafter, up to and including 2017, the exact dates being unknown to the Grand Jury, in the country of Mexico and elsewhere, the Defendant, JUAN HERNANDEZ-OCHOA, also known as "Juan Hernandez Ochoa," "Juan Hernandez," "Juan Ochoa Hernandez," "Juan Alberto Leon Ochoa," "Juan Alberto Leon-Ochoa," "Juan Ochoa," "JF," "J," "Laki," and others known and unknown to the Grand Jury, did knowingly, intentionally, and willfully combine, conspire, confederate and agree to distribute five hundred (500) grams or more of a mixture and substance containing a detectible amount of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and one thousand (1,000) kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, intending, knowing, and having reasonable cause to believe that such substances would be unlawfully imported into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963; and Title 18, United States Code, Section 2.

With respect to the Defendant, the controlled substances involved in the conspiracy attributable to the Defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five hundred (500) grams or more of a mixture and substance containing a detectible amount of methamphetamine, its salts, isomers, and salts of its isomers and 1,000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 960(b)(1)(G) and 960(b)(1)(H).

> (Conspiracy to Distribute (500) grams or more of, a mixture and substance containing a detectible amount of methamphetamine, its salts, isomers, and salts of its isomers, and one thousand (1,000) kilograms or more of a mixture or substance containing a detectable amount of marijuana Intending, Knowing, and Having Reasonable Cause to Believe that such substance will be Unlawfully Imported into the United States, in violation of Title 21, United States Code, Sections 959(a), and 963, and aiding and abetting in violation of Title 18, United States Code, Section 2.)

**FORFEITURE ALLEGATION**

The United States hereby gives notice to the Defendant that upon conviction of the Title 21 offense alleged in Count One of this Indictment, the Government will seek forfeiture in accordance with Title 21, United States Code, Sections 853 and 970, of all property constituting or derived from any proceeds the Defendant obtained directly or indirectly as the result of the

alleged Title 21 violation, and all property used or intended to be used in any manner or part to commit, and to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the said Defendant up to the value of the above forfeitable property.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.)

A TRUE BILL:

________________________
Foreperson

ARTHUR G. WYATT
Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice
Washington, D.C. 20530

By: EMILY R. COHEN
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-2471