**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 18-CR-261 (CRC)** |
| **v.** | |
| **JUAN HERNANDEZ OCHOA,** | |
| **Defendant.** | |

## JOINT STATUS REPORT

The United States and the Defendant, through their respective counsel, hereby inform this Court of the current status of the above-captioned case.

1.      On April 23, 2026, the parties appeared for a status conference in this matter. The Court asked the parties to provide their availability for trial and ordered the parties to provide a joint status report by June 22, 2026, to update the Court on the status of a potential pretrial resolution. Thereafter, the Court set trial to begin February 7, 2026. ECF No. 26.

2.      Since the status conference, Defense counsel has been reviewing voluminous discovery produced by the Government in order to evaluate any potential pretrial resolution. This includes continued processing of the line sheets. The parties continue to discuss that discovery, and the Defense is drafting a request for materials related to the wiretap underlying this case. The Government anticipates extending a proposed plea agreement to the Defendant in the coming weeks.

3.      In light of the current status, the parties respectfully propose filing another joint status report in 60 days, at which time the parties anticipate informing the Court about whether they have reached an agreement to resolve this case without a trial.

//

1

Respectfully submitted this 22nd day of June 2026.

MARGARET A. MOESER
Chief
Money Laundering, Narcotics
and Forfeiture Section
Criminal Division
U.S. Department of Justice

*/s/Grant D. Wille*                          By:    */s/ Jayce Born*
GRANT D. WILLE                                      Jayce Born
Attorney for Hernandez Ochoa                        Michael Lang
*Ralls & Wille, P.C*                                Trial Attorneys
314 South 6th Avenue                                Money Laundering, Narcotics and
Tucson, Arizona 85701                               Forfeiture Section
(520) 884-1234                                      Criminal Division
(520) 884-9687 (fax)                                U.S. Department of Justice
grant@rallslawoffice.com                            1400 New York Ave, NW
Arizona Bar No. 031989                              Washington, D.C. 20530
                                                    Jayce.Born@usdoj.gov
                                                    Michael.Lang@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via ECF to on counsel for the Defendant this 22nd day of June, 2026.

*/s/ Jayce Born*
JAYCE BORN
Trial Attorney
Money Laundering, Narcotics
and Forfeiture Section
Criminal Division
U.S. Department of Justice
1400 New York Ave, NW
Washington, D.C. 20530

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 18-CR-261 (CRC) |
| v. | |
| JUAN HERNANDEZ OCHOA, | |
| **Defendant.** | |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, the Court hereby **ORDERS** that the parties shall file a Joint Status Report on or before August 21, 2026.

**IT IS FURTHER ORDERED** that the Joint Status Report and this Order shall be filed under seal.

DATE: _____

_____
HON. JUDGE RUDOLPH CONTRERAS
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

4